No. 83–6851. COX *v.* ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied. JUSTICE MARSHALL would grant certiorari.